1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 07225)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )  Case No. 06-70033 WDB
                                    )
13         Plaintiff,                )  ORDER GRANTING STIPULATION TO
                                    )  CONTINUE PRELIMINARY HEARING
14         v.                        )  AND WAIVING TIME
                                    )
15 CHRISTOPHER ROBERT BACKSTROM,    )  Date: February 14, 2006
                                    )  Time: 10:00 a.m.
16         Defendant.                )  Before the Honorable Wayne D. Brazil
                                    )
17 _____

18                        **ORDER**

19    Pursuant to Fed. R. Crim. P. 5.1(d), the parties in this matter filed a Stipulation to Continue

20 Preliminary Hearing and Waiving Time seeking to continue the preliminary hearing from

21 February 14, 2006 until February 17, 2006. The Stipulation was signed by Mr. Backstrom's

22 counsel of record as well as on his behalf indicating that Mr. Backstrom knowingly and

23 voluntarily waived his right to a preliminary hearing on February 14, 2006, and continuing the

24 preliminary hearing until February 17, 2006. Good cause appearing therefor,

25    **IT IS HEREBY ORDERED** that the Defendant, Mr. Backstrom, knowingly and voluntarily

26 ///

27 ///

28

ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME
Case No. 06-70033 WDB                    1

1  waived the period between February 14, 2006 and February 17, 2006, such that preliminary
2  hearing is now scheduled for February 17, 2006 at 10:00 a.m. and any applicable time limits
3  under Title 18, United States Code, Section 3161 are tolled and waived.

5  DATED:   February 9, 2006

   IT IS SO ORDERED
   *Wayne D. Brazil* (signature)
   Judge Wayne D. Brazil

10  _____
    WAYNE D. BRAZIL
    United States Magistrate Judge

12  Distribute to:

13  Joyce Leavitt
    Assistant Federal Public Defender
14  555 12th Street
    Suite 650
15  Oakland, CA 94607

16  Counsel for Defendant

18  H. H. (Shashi) Kewalramani
    Assistant United States Attorney
    1301 Clay Street, Suite 340S
19  Oakland, CA 94612
    Counsel for Plaintiff

ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME
Case No.  06-70033 WDB                    2